Order issued November 7, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00279-CV

YVONNE BROWN, Appellant

v.

FALLS ON CLEARWOOD, Appellee

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-07137-A

# ORDER

Before the Court is appellant's October 19, 2012 motion for rehearing. The Court requests

that appellee file a response by November 19, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE